ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Hascon, LLC | ) ASBCA Nos. 62352, 62353 |
| | ) |
| Under Contract No. N40080-17-D-0010 | ) |

APPEARANCES FOR THE APPELLANT:    Lucas F. Webster, Esq.
Kevin B. Mattingly, Esq.
  Huddles Jones Sorteberg & Dachille, P.C.
  Columbia, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Julia Novotny, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE PAUL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $679,585.64. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: December 1, 2021

_____
MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62352, 62353, Appeals of Hascon, LLC, rendered in conformance with the Board's Charter.

Dated: December 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2